Richard W. Suh
LEGAL HELPERS, P.C.
428 J Street, Suite 410
Sacramento, CA 95814
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email: rsu@legalhelpers.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| James Bergman, et al.,  | Case No. 1:09-cv-01127-OWW-SMS |
| Plaintiffs, | |
| v. | |
| Central Credit Services, Inc., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now come Plaintiff, by and through counsel, and hereby give notice that the parties in the above-captioned matter reached a settlement.   Plaintiffs anticipate filing a Notice of Dismissal with Prejudice in 20 days.

                                        RESPECTFULLY SUBMITTED,

                                        Legal Helpers, P.C.

                                        By:     */s/ Richard W. Suh*
                                        Richard W. Suh
                                        428 J Street, Suite 410
                                        Sacramento, CA 95814
                                        Tel:  1.866.339.1156
                                        Fax: 1.312.822.1064
                                        Email: rsu@legalhelpers.com
                                        *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. mail:

Central Credit Services, Inc
c/o CSC Lawyers Incorporating Service
2730 Gateway Oaks Dr, Suite 100
Sacramento, CA 95833

*/s/ Richard J. Meier*