Richard W. Suh
LEGAL HELPERS, P.C.
428 J Street, Suite 410
Sacramento, CA 95814
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email: rsu@legalhelpers.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| James Bergman, et al., | Case No. 1:09-cv-01127-OWW-SMS |
| Plaintiffs, | |
| v. | |
| Central Credit Services, Inc., | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:___*/s/ Richard W. Suh*
Richard W. Suh
428 J Street, Suite 410
Sacramento, CA 95814
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email: rsu@legalhelpers.com
*Attorney for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. mail:

Central Credit Services, Inc
c/o CSC Lawyers Incorporating Service
2730 Gateway Oaks Dr, Suite 100
Sacramento, CA 95833

*/s/ Richard J. Meier*